# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Kathleen Green–Johnson

          Plaintiff,

v.

Fircroft, Inc., et al.

          Defendant.

Case No.: 4:12–cv–01307
Judge Lee H Rosenthal

TYPE OF CASE: Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/26/13

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   August 22, 2013

                                                        David J. Bradley, Clerk