UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHLEEN GREEN-JOHNSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>BP EXPLORATION OPERATING COMPANY LTD., BP CORPORATION NORTH AMERICA INC., OM CONSULTING INC. D/B/A WISE MEN CONSULTANTS and FIRCROFT, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-CV-01307<br><br>JURY TRIAL DEMAND |

## ORDER APPROVING SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST FIRCROFT, INC.

On this day came to be heard Plaintiff Kathleen Green-Johnson, on behalf of herself and all others similarly-situated, and Fircroft, Inc. (collectively, the "Parties"), who have announced to the Court that they have reached a settlement of their claims.

The Court has reviewed the Parties' Motion and Settlement Agreement for fairness. The Court finds that the settlement has been negotiated by the Parties, with the sound advice of counsel, after production of the relevant records underlying Plaintiffs' claims. The Court further finds that the settlement is fair, reasonable, and adequate under the Fair Labor Standards Act and in the best interest of the Plaintiffs and the opt-in Class Members.

It is therefore, **ORDERED, ADJUDGED, and DECREED** that the Settlement Agreement entered into by the Parties in the above-captioned case is hereby **APPROVED** and this case is hereby **DISMISSED WITH PREJUDICE** with respect to Defendant Fircroft, Inc. **ONLY**.

It is further, **ORDERED, ADJUDGED, and DECREED** that each Party shall bear his, her, or its own costs and attorneys' fees except as may be agreed otherwise by the Parties.

SIGNED this 8th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE