UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KATHLEEN GREEN-JOHNSON, Individually and On Behalf of Certain Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BP EXPLORATION OPERATING COMPANY LTD., BP CORPORATION NORTH AMERICA INC., and OM CONSULTING INC. D/B/A WISE MEN CONSULTANTS, <br><br> Defendants. | Case No. 4:12-CV-01307 |

**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE**

On this day came to be heard the Parties' Motion to Approve Their Settlement Agreement. The Court has reviewed the Parties' Motion and Settlement Agreement for fairness. The Court finds that the settlement has been negotiated by the Parties, with the sound advice of counsel, after production of the relevant records underlying all claims. The Court further finds that the settlement is fair, reasonable, and adequate under the Fair Labor Standards Act and in the best interested of the Plaintiffs and the opt-in Class Members.

It is therefore, **ORDERED, ADJUDGED, and DECREED** that the Settlement Agreement entered into by the Parties in the above-captioned case is hereby **APPROVED,** that the Motion to Approve is **GRANTED**, and THAT this case is hereby **DISMISSED WITH PREJUDICE.**

It is further, **ORDERED, ADJUDGED, AND DECREED** that each Party shall bear his, her, or its own costs and attorneys' fees except as may be agreed otherwise by the Parties.

**SIGNED** this 11th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE